No. 89–793.  STRAUCH *v.* GATES RUBBER CO.  C. A. 5th Cir. Certiorari denied.

No. 89–797.  PIERCE ET AL. *v.* COMMERCIAL WAREHOUSE ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–799.  MAHSHIE *v.* GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, STATE OF NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 89–801.  CONSUMER VALUE STORES *v.* BOARD OF PHARMACY OF NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 89–802.  GOLDMAN, SACHS & CO. ET AL. *v.* UTLEY.  C. A. 1st Cir.  Certiorari denied.

No. 89–803.  HEAD *v.* HEAD.  Ct. App. Ohio, Lucas County. Certiorari denied.

No. 89–807.  CLINE *v.* UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 89–812.  ROBERTS *v.* BREA HOSPITAL NEUROPSYCHIATRIC CENTER.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 89–813.  SHIPMAN *v.* MISSOURI DIVISION OF CHILD SUPPORT ENFORCEMENT ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 89–814.  CENTRAL GULF LINES, INC. *v.* WILLIAMS, PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLIAMS.  C. A. 5th Cir.  Certiorari denied.

No. 89–816.  CITY OF LOS ANGELES ET AL. *v.* UNITED FIREFIGHTERS OF LOS ANGELES CITY, LOCAL 112, IAFF, AFL–CIO, ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 89–817.  SERVICE BUSINESS FORMS INDUSTRIES, INC., ET AL. *v.* GREENBERG ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 89–821.  SHORES, EXECUTOR OF THE ESTATE OF BISHOP *v.* SKLAR ET AL.  C. A. 11th Cir.  Certiorari denied.